**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00022-CV**
_____

**RYAN A. LIVINGSTON, Appellant**

**V.**

**THE CITY OF SPLENDORA, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-05-08671**

**MEMORANDUM OPINION**

Ryan A. Livingston, Appellant, joined by The City of Splendora, Appellee, filed an Unopposed Motion to Dismiss Appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the accelerated appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 22, 2026
Opinion Delivered July 23, 2026

Before Johnson, Wright and Chambers, JJ.